FILED

JAN 3 1 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL ALEJANDRO SOSA,<br><br>Defendant | Case No.: 24-CR-0021-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon the motion of the United States, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED that the Information against Defendant in this case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED.**

DATED: 1/31/24

_____
HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE